UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE M. ANTONGIOVANNI )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>EQUIFAX INFORMATION )<br>SERVICES LLC, )<br>)<br>)<br>    Defendant. ) | Case No. 1:15-cv-10921 |

## MOTION TO STAY PROCEEDINGS

Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby requests that the Court stay this case pending the two forthcoming Supreme Court decisions in *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892 (cert. granted Apr. 27, 2015), and *Tyson Foods, Inc. v. Bouaphakeo*, 135 S. Ct. 2806 (cert. granted June 8, 2015), which are likely to materially affect the Court's class certification analysis and potentially dispose of the case on the merits.

For the reasons set forth in Defendant's Brief in Support of Motion to Stay Proceedings and good cause shown, the Court should stay all proceedings in this case. A proposed order is attached herewith for the Court's convenience.

DATED: February 22, 2016.

    Respectfully submitted,

    POLSINELLI, P.C.

By:    __/s/ *Rodney Lewis*_____
    Rodney L. Lewis
    Colleen Walter
    161 N. Clark Street, Suite 4200
    Chicago, Illinois 60601
    Tel: (312) 873-3617
    Fax: (312) 893-2033
    Email: rodneylewis@polsinelli.com
    Email: cwalter@polsinelli.com

    Zachary A. McEntyre (admitted *pro hac vice*)
    Meryl W. Roper (admitted *pro hac vice*)
    KING & SPALDING LLP
    1180 Peachtree Street N.E.
    Atlanta, Georgia 30309-3521
    Tel: (404) 572-4600
    Email: zmcentyre@kslaw.com
    Email: mroper@kslaw.com

    *Attorneys for Defendant Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent a true and accurate copy of such filing via electronic mail to the following parties:

Roger Zamparo, Jr.
Jordan M. Sartell
ZAMPARO LAW GROUP, P.C.,
2300 Barrington Road, Suite 140
Hoffinan Estates, IL 60169
Tel.: (224) 875-3202
Fax: (312) 276-4950
roger@zamparo.com
jordan@zamparo.com

Robert S. Sola
Robert S. Sola, P.C.
8835 SW Canyon Lane
Suite 130
Portland, OR 97225
Tel.: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

John Soumilas
Francis & Mailman, P.C.
Land Title Building, 10' Floor
100 South Broad Street
Philadelphia, PA 19110
Tel.: (215) 735-8600
Fax: (215) 940-8000
jsoumilas@consumerlawfirm.com

/s/     *Rodney Lewis*